**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:04cr00623-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **PHILLIP BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |


This matter was heard on February 15, 2013, upon the request of the United States

Pretrial and Probation Office for a finding that defendant violated the conditions of supervised

release.  The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge George Limbert to conduct

appropriate proceedings and for the issuance of a Report and Recommendation.  The Report and

Recommendation [Doc. 34] was issued on January 29, 2013, and no objection were filed.

The Court adopted the Report and Recommendation and found that the following terms

of supervision had been violated:

        1) new law violation;

        2) failure to notify probation officer within 72 hours of being arrested.

The Court found the most serious violation to be a Grade B and defendant's Criminal History

Category to be III.  Defendant was committed to the Bureau of Prisons for a period of 10 months

and granted credit for time served in federal custody on the instant violations.  Upon release

from incarceration defendant's period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: February 15, 2013                          s/    *James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE